# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID N. MURPHY, SR.,** : | |
| : | |
| Plaintiff : | **CIVIL ACTION NO. 3:18-1404** |
| : | |
| v. : | |
| : | **(MANNION, D.J.)** |
| **SCOTT M. GROCHOWSKI,** *et al.*, : | **(SCHWAB, M.J.)** |
| : | |
| Defendants : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Schwab, **(Doc. 18)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** all of the plaintiff's claims in both of complaints, **(Docs. 1 & 16)**, are **DISMISSED, in part, with prejudice**, except for his knock-and-announce claims against defendants Grochowski, Greenwald, Marrow, and John Does 1-3, and his retaliation claim against defendant Berdanier; and

**(3)** the Clerk of Court is directed to **REMAND THIS CASE** to Judge Schwab for further proceedings as to the remaining claims and defendants.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 20, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-1404-01-ORDER.wpd