# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID N. MURPHY, SR., | : |
| Plaintiff | : CIVIL ACTION NO. 3:18-1404 |
| v. | : |
| SCOTT M. GROCHOWSKI, *et al.*, | : (MANNION, D.J.)<br>: (SCHWAB, M.J.) |
| Defendants | : |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Schwab, **(Doc. 60)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** defendant Berdanier's motion to dismiss, or in the alternative, for summary judgment, **(Doc. 27)**, is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** with respect to plaintiff's demand for a specific sum of damages in his amended complaint, **(Doc. 16)**, and plaintiff's demand is **STRICKEN**. Berdanier's motion is **DENIED** with respect to plaintiff's First Amendment retaliation claim against him.

**(3)** the Clerk of Court is directed to **REMAND THIS CASE** to Judge Schwab for further proceedings as to the remaining claims and defendants, *i.e.*, plaintiff's knock-and-announce

claims against defendants Grochowski, Greenwald, Marrow, and John Does 1-3, and his retaliation claim against defendant Berdanier.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 18, 2020**

18-1404-02-ORDER.wpd