UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID N. MURPHY, SR., | : | Civil No. 3:18-CV-01404 |
| Plaintiff | : | (Judge Mannion) |
| | : | (Chief Magistrate Judge Schwab) |
| v. | : | |
| SCOTT M. GROCHOWSKI, *et al.*, | : | |
| Defendants | : | |

## ORDER
November 5, 2020

On October 20, 2020, we ordered the Pottsville Police Department to submit footage from its officers' body cameras of the entry into Mr. Murphy's home and Mr. Murphy's June 7, 2018 arrest for an *in camera* review. *Doc. 85*. We have completed our review of the entire video and find that it fails to depict anything relevant to Mr. Murphy's knock-and announce claim. Therefore, **IT IS ORDERED** that the Mr. Murphy's motions to compel (*docs. 76, 81*) are denied as to the body camera footage and the defendants do not have to produce the body camera footage to Mr. Murphy.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge