UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID N. MURPHY, SR.,** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:18-1404** |
| v. : | **(MANNION, D.J.)** |
| | **(SCHWAB, M.J.)** |
| **SCOTT M. GROCHOWSKI, *et al*.,** : | |
| **Defendants** : | |

## ORDER

As set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Judge Schwab's report and recommendation, **(Doc. 135)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the motions for summary judgment of defendants Grochowski, Morrow, Greenawald, and Berdanier, **(Docs. 88, 91 & 95)**, regarding the 4th Amendment and 1st Amendment claims respectively against them raised in the plaintiff's amended complaint, **(Doc. 16)**, are **GRANTED**, and **JUDGMENT** is entered in favor of the stated four defendants and against the plaintiff with respect to the stated claims;

**(3)** John Doe 3 defendant is dismissed from this case *sua sponte* by the court pursuant to Fed.R.Civ.P. 21;

**(4)** the plaintiff's objections, **(Doc. 136)**, to Judge Schwab's report are **OVERRULED**; and

**(5)** the clerk of court is directed to **REMAND** this case to Judge Schwab for further proceedings as to the plaintiff's remaining claim, namely, his knock-and-announce claim against defendants PSP Sergeant Mark Rowlands and PSP Corporal John Chulock.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: July 19, 2021**
18-1401-03-ORDER