UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID N. MURPHY, SR., | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-1404 |
| v. | : | (MANNION, D.J.) |
| | : | (SCHWAB, M.J.) |
| SCOTT M. GROCHOWSKI, *et al.*, | : | |
| Defendants | : | |

## ORDER

As set forth in the Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) Judge Schwab's report and recommendation, **(Doc. 153)**, is **ADOPTED IN ITS ENTIRETY**;

(2) the motion for summary judgment of defendants PSP Sergeant Mark Rowlands and PSP Corporal John Chulock, **(Doc. 140)**, regarding the merits of the 4th Amendment claim against them raised in the plaintiff's amended complaint, **(Doc. 16)**, is **DENIED**;

(3) the motion for summary judgment of defendants Rowlands and Chulock is **DENIED** with respect to the plaintiff's 4th Amendment claim against them on the basis of qualified immunity; and

**(4)**   by separate Order, the court will refer this matter for mediation.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 28, 2022**
18-1401-04-ORDER